# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DAVID VERIZZO a/k/a DAVID M.
VERIZZO,

Appellant,

v.

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK AS SUCCESSOR IN
INTEREST TO JPMORGAN CHASE BANK,
N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2006-3, NOVASTAR HOME
EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES
2006-3; UNKNOWN SPOUSE OF DAVID VERIZZO a/k/a
DAVID M. VERIZZO; CEDAR CREEK MASTER
ASSOCIATION, INC.; UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY-INTERNAL
REVENUE SERVICE,

Appellees.

No. 2D22-1137

_____

April 10, 2024

Appeal from the Circuit Court for Sarasota County; Andrea McHugh,
Judge.

David Verizzo a/k/a David M. Verizzo, pro se.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for
Appellee The Bank of New York Mellon f/k/a The Bank of New York as
successor in interest to JPMorgan Chase Bank, N.A. as Trustee for

Novastar Mortgage Funding Trust, Series 2006-3, Novastar Home Equity Loan Asset-Backed Certificates, Series 2006-3.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and MORRIS and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.